THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ARTHUR RENNA, Appellant.

Argued October 15, 1941; decided November 27, 1941.

*Leo H. Klugherz, Albert H. Vitale, Michael A. DiSalvo, Irving J. Goldsmith* and *Fannie Rosen* for appellant.

*Samuel J. Foley,* District Attorney (*George Tilzer, Sylvester Ryan* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.